IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION


EOD
07/20/2015

| | |
|---|---|
| IN RE: § | |
| § | |
| LAWRENCE EDWARD CREED § | CASE NO. 15-40892 |
| § | (Chapter 7) |
| DEBTOR § | |

## ORDER AUTHORIZING AND COMMANDING BANKRUPTCY RULE 2004 EXAMINATION OF LAWRENCE EDWARD CREED

CAME FOR CONSIDERATION the Motion For Examination Under Bankruptcy Rule 2004 of Lawrence Edward Creed ("Motion"), filed on July 2nd, 2015, by a Creditor, Chris Gerstner DBA Resolute Services. Having considered the same, finding that notice and service of the Motion was sufficient and appropriate, finding that no party objected to the motion by the required deadline, and otherwise finding cause for granting the Motion, it is hereby:

ORDERED that the Motion is GRANTED; it is further

ORDERED that, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, Lawrence Edward Creed ("Debtor") shall submit to an Examination ("Examination"), to be taken by Chris Gerstner DBA Resolute Services ("Gerstner") regarding the subject areas described in the Motion; it is further

ORDERED that the Examination shall be audio recorded and may be used for any lawful purpose; it is further

ORDERED that the conduct of the Examination shall be governed by the rules and procedures otherwise applicable to the taking of a deposition under the Federal Rules of Civil Procedure and the Federal Rules of Evidence; it is further

ORDERED that, unless otherwise agreed to by Gerstner and Debtor, the examination shall take place at the McKinney offices of Veronica Deaver on or before July 30th, 2015; it is further

ORDERED that any and all documents provided for in the Motion be produced at least one (1) business day before the Examination; it is further

ORDERED that Gerstner may employ all lawful process, including subpoena powers, to further compel attendance at the examination, production of all of the requested documents in the Motion, and compliance with this Order; it is further

ORDERED that the Court reserves jurisdiction to the maximum extent possible to interpret and enforce this Order, and to compel the Examination.

SO ORDERED.

Signed on 7/20/2015

*Brenda T. Rhoades*  SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE