In re **Lawrence Edward Creed**  Case No. **15-40892**
(if known)

## AMENDED 8/6/2015
## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | - | $75.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase 9444 Creed Roofing | - | $170.55 |
| | | Chase 2083 Personal Checking | - | $245.00 |
| | | Legacy Texas | - | $70.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Living Room Furniture and Accessories | - | $550.00 |
| | | Bedroom 1 Furniture and Accessories | - | $450.00 |
| | | Bedroom 2 Furniture and Accessories | - | $400.00 |
| | | bedroom 3 Furniture and Accessories | - | $350.00 |
| | | Kitchen Furniture and Accessories | - | $650.00 |
| | | Refrigerator | - | $500.00 |
| | | Washer/Dryer | - | $700.00 |
| | | Kitchen Utensils | - | $400.00 |
| | | Childrens Toys and Games | - | $150.00 |
| | | Electronics | - | $600.00 |

In re **Lawrence Edward Creed**  Case No. **15-40892**
(if known)

## AMENDED 8/6/2015
## SCHEDULE B - PERSONAL PROPERTY

Continuation Sheet No. 1

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Pictures and Nic Nacs | - | $200.00 |
| 6. Wearing apparel. | | Wearing Apparel | - | $250.00 |
| | | Childrens Wearing Apparel | - | $150.00 |
| 7. Furs and jewelry. | | Seico Watch | - | $75.00 |
| | | Buluava Watch | - | $50.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 2 Guns | - | $450.00 |
| | | 10 Pocket Knives | - | $150.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

In re **Lawrence Edward Creed**  Case No. **15-40892**
(if known)

*AMENDED 8/6/2015*

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

In re **Lawrence Edward Creed**　　　　　　　　　　　　　　　　Case No. **15-40892**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

*AMENDED 8/6/2015*

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Dodge Dakota | - | $5,000.00 |
| | | 2004 Ford F150 | - | $4,000.00 |
| | | 2015 Dodge Challenger (co-signed for ex-wife) | - | $28,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

In re  **Lawrence Edward Creed**　　　　　　　　　　　　　Case No.  **15-40892**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

**AMENDED 8/6/2015**
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Tool Box | - | $200.00 |
| | | Set Craftsman Sockets | - | $100.00 |
| | | Set Vice Grips | - | $25.00 |
| | | Set of Wrenches | - | $100.00 |
| | | Frame Nail Gun | - | $50.00 |
| | | 1 set of 3 trip staple nail gun | - | $25.00 |
| | | Skill Saw | - | $35.00 |
| | | Table Saw | - | $35.00 |
| | | Skill Saw | - | $50.00 |
| | | 4 Hammers | - | $35.00 |
| | | Hand Saw | - | $20.00 |
| | | 2 Shovels | - | $10.00 |
| | | Compressor | - | $100.00 |
| | | Generator | - | $75.00 |
| | | 3 Screw Guns | - | $75.00 |
| | | Impact Gun | - | $35.00 |
| | | 2 Ladders | - | $40.00 |
| 30. Inventory. | X | | | |

In re **Lawrence Edward Creed**    Case No. **15-40892**
                                          (if known)

*AMENDED 8/6/2015*

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____5_____ continuation sheets attached    Total >    **$44,645.55**
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re **Lawrence Edward Creed**                                               Case No. **15-40892**
                                                                                    (If known)

**AMENDED 8/6/2015**
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                     $155,675.*
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Cash | 11 U.S.C. § 522(d)(5) | $75.00 | $75.00 |
| Chase 9444 Creed Roofing | 11 U.S.C. § 522(d)(5) | $170.55 | $170.55 |
| Chase 2083 Personal Checking | 11 U.S.C. § 522(d)(5) | $245.00 | $245.00 |
| Legacy Texas | 11 U.S.C. § 522(d)(5) | $70.00 | $70.00 |
| Living Room Furniture and Accessories | 11 U.S.C. § 522(d)(3) | $550.00 | $550.00 |
| Bedroom 1 Furniture and Accessories | 11 U.S.C. § 522(d)(3) | $450.00 | $450.00 |
| Bedroom 2 Furniture and Accessories | 11 U.S.C. § 522(d)(3) | $400.00 | $400.00 |
| bedroom 3 Furniture and Accessories | 11 U.S.C. § 522(d)(3) | $350.00 | $350.00 |
| Kitchen Furniture and Accessories | 11 U.S.C. § 522(d)(3) | $650.00 | $650.00 |
| Refrigerator | 11 U.S.C. § 522(d)(3) | $500.00 | $500.00 |
| Washer/Dryer | 11 U.S.C. § 522(d)(3) | $700.00 | $700.00 |
| Kitchen Utensils | 11 U.S.C. § 522(d)(3) | $400.00 | $400.00 |
| Childrens Toys and Games | 11 U.S.C. § 522(d)(3) | $150.00 | $150.00 |
| Electronics | 11 U.S.C. § 522(d)(3) | $600.00 | $600.00 |
| Pictures and Nic Nacs | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| * Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | $5,510.55 | $5,510.55 |

In re  **Lawrence Edward Creed**                                    Case No. **15-40892**
                                                                              (If known)

**AMENDED 8/6/2015**
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Continuation Sheet No. 1

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Wearing Apparel | 11 U.S.C. § 522(d)(3) | $250.00 | $250.00 |
| Childrens Wearing Apparel | 11 U.S.C. § 522(d)(3) | $150.00 | $150.00 |
| Seico Watch | 11 U.S.C. § 522(d)(4) | $75.00 | $75.00 |
| Buluava Watch | 11 U.S.C. § 522(d)(4) | $50.00 | $50.00 |
| 2 Guns | 11 U.S.C. § 522(d)(5) | $450.00 | $450.00 |
| 10 Pocket Knives | 11 U.S.C. § 522(d)(5) | $150.00 | $150.00 |
| 2005 Dodge Dakota | 11 U.S.C. § 522(d)(5) | $5,000.00 | $5,000.00 |
| Tool Box | 11 U.S.C. § 522(d)(6) | $200.00 | $200.00 |
| Set Craftsman Sockets | 11 U.S.C. § 522(d)(6) | $100.00 | $100.00 |
| Set Vice Grips | 11 U.S.C. § 522(d)(6) | $25.00 | $25.00 |
| Set of Wrenches | 11 U.S.C. § 522(d)(6) | $100.00 | $100.00 |
| Frame Nail Gun | 11 U.S.C. § 522(d)(6) | $50.00 | $50.00 |
| 1 set of 3 trip staple nail gun | 11 U.S.C. § 522(d)(6) | $25.00 | $25.00 |
| Skill Saw | 11 U.S.C. § 522(d)(6) | $35.00 | $35.00 |
| Table Saw | 11 U.S.C. § 522(d)(6) | $35.00 | $35.00 |
| Skill Saw | 11 U.S.C. § 522(d)(6) | $50.00 | $50.00 |
| 4 Hammers | 11 U.S.C. § 522(d)(6) | $35.00 | $35.00 |
| Hand Saw | 11 U.S.C. § 522(d)(6) | $20.00 | $20.00 |
| 2 Shovels | 11 U.S.C. § 522(d)(6) | $10.00 | $10.00 |
| | | $12,320.55 | $12,320.55 |

In re  **Lawrence Edward Creed**　　　　　　　　　　　　　Case No.  **15-40892**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

*AMENDED 8/6/2015*

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| Compressor | 11 U.S.C. § 522(d)(6) | $100.00 | $100.00 |
| Generator | 11 U.S.C. § 522(d)(6) | $75.00 | $75.00 |
| 3 Screw Guns | 11 U.S.C. § 522(d)(6) | $75.00 | $75.00 |
| Impact Gun | 11 U.S.C. § 522(d)(6) | $35.00 | $35.00 |
| 2 Ladders | 11 U.S.C. § 522(d)(6) | $40.00 | $40.00 |
| | | $12,645.55 | $12,645.55 |

**VERONICA DEAVER**
**POST OFFICE BOX 2248**
**MCKINNEY, TEXAS 75070**
**STATE BAR NO. 24007096**
**TEL: (972) 562-8863**
**FAX: (972) 529-7002**
**ATTORNEY FOR DEBTORS**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Case No: 15-40892 |
| | ) | |
| Lawrence Edward Creed | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | Chapter 7 |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Amended Schedules B and C was served via electronic means through the Court's CM/ECF system or by pre-paid regular first class U.S. Mail on this the 6th day of August, 2015, compliance with the Federal and Local Rules of Bankruptcy Procedure to the following:

All Parties on the Attached Mailing Matrix

_/s/ Veronica Deaver_
Veronica Deaver
State Bar No. 24007096

```
Label Matrix for local noticing          AT&T Inc                                   BRADLEY MULLINS
0540-4                                    PO Bos 3427                                c/o Peter J. Bennett, PC
Case 15-40892                             Bloomington IL 61702-3427                  202 Travis St., Ste, 207
Eastern District of Texas                                                            Houston, Texas 77002-1726
Sherman
Wed Aug  5 15:55:02 CDT 2015

(p)BLALACK WILLIAMS P C                   Chase Card                                 Conns Credit Corp
4851 LBJ FREEWAY                          P.o. Box 15298                             Box 2358
SUITE 750                                 Wilmington, DE 19850-5298                  Beaumont, TX 77704-2358
DALLAS TX 75244-6012


Covergent                                 Lawrence Edward Creed                      Veronica Deaver
800 SW 39TH St.                           1917 Fountain Spray                        P.O. Box 2248
Renton WA 98057-4975                      Wylie, TX 75098-8051                       McKinney, TX 75070-8167


Fandistg                                  GECRB/Care Credit                          Chris Gerstner
Po Box 22717                              Attn: bankruptcy                           dba Resolute Services
Rochester, NY 14692-2717                  PO Box 103104                              3000 Custer Road #270-138
                                          Roswell, GA 30076-9104                     Plano, TX 75075-4422


JAMIE MCFERON                             Linebarger Goggan Blair & Sampson LLP      McCreary Veselka, Bragg & Allen PC
c/o Peter J. Bennett, PC                  1300 Main, Suite 425                       PO Box 1310
202 Travis St., Ste. 207                  Houston TX 77002-6803                      Round Rock TX 78680-1310
Houston, Texas 77002-1726


Christopher Moser                         Peter Bennett                              Quilling, Selander, Lownds, Winslett & Moser
2001 Bryan Street, Suite 1800             202 Travis St.                             2001 Bryan Street, Suite 1800
Dallas, TX 75201-3070                     Houston TX 77002-1726                      Dallas, TX 75201-3070


SunTrust Bank                             Suntrust Bk Tampa Bay                      Texans Credit Union
Attn: Support Services                    Attn:Bankruptcy Dept                       c/o Blalack & Williams, P.C.
P.O. Box 85092                            PO Box 85092 MC VA-WMRK-7952               4851 LBJ Freeway, Suite 750
Richmond, VA 23286-0001                   Richmond, VA 23285-5092                    Dallas, TX 75244-6012


Texans Credit Union                       Texas Dept. of Public Safety               U.S. Attorney General
f/k/a Texins Credit Union                 Surcharge Processing                       Department of Justice
P.O. Box 853912                           PO Box 16733                               Main Justice Building
Richardson, TX 75085-3912                 Austin TX 78761-6733                       10th & Constitution Ave., NW
                                                                                     Washington, DC 20530-0001


US Trustee                                Kelly B. Williamson
Office of the U.S. Trustee                Law Office of Kelly B. Williamson
110 N. College Ave.                       P.O. Box 207
Suite 300                                 Miami, TX 79059-0207
Tyler, TX 75702-7231
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Blalack & Williams
4851 LBJ Freeway Suite 750
Dallas TX 75244

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Chris Gertnser
DBA Resolute Services
3000 Custer Rd. #270-138
P75075lano TX

(d)Christopher Moser
2001 Bryan Street, Suite 1800
Dallas, TX 75201-3070

End of Label Matrix
Mailable recipients    25
Bypassed recipients     2
Total                  27