UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:  Lawrence Edward Creed                          CASE NO  15-40892

                                                       CHAPTER  7

*AMENDED 8/6/2015*

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate. (Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No. 1

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| Conns Credit Corp<br>Box 2358<br>Beaumont, TX 77704<br>xxxxx2830 | Houseware, Appliance, |

Property will be (check one):
- [x] Surrendered
- [ ] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt
- [ ] Not claimed as exempt

PART B -- Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No. 1

| Lessor's Name: | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| None | | YES [ ]    NO [ ] |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date  8/6/2015                         Signature  /s/ Lawrence Edward Creed
                                                  Lawrence Edward Creed

Date _____            Signature _____

**VERONICA DEAVER**
**POST OFFICE BOX 2248**
**MCKINNEY, TEXAS 75070**
**STATE BAR NO. 24007096**
**TEL: (972) 562-8863**
**FAX: (972) 529-7002**
**ATTORNEY FOR DEBTORS**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Case No: 15-40892 |
| | ) | |
| Lawrence Edward Creed | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | Chapter 7 |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Amended Statement of Intention was served via electronic means through the Court's CM/ECF system or by pre-paid regular first class U.S. Mail on this the 6th day of August, 2015, compliance with the Federal and Local Rules of Bankruptcy Procedure to the following:

All Parties on the Attached Mailing Matrix

_/s/ Veronica Deaver_
Veronica Deaver
State Bar No. 24007096

```
Label Matrix for local noticing        AFNI Inc                                BRADLEY MULLINS
0540-4                                  PO Bos 3427                            c/o Peter J. Bennett, PC
Case 15-40892                           Bloomington IL 61702-3427              202 Travis St., Ste, 207
Eastern District of Texas                                                      Houston, Texas 77002-1726
Sherman
Wed Aug  5 15:55:02 CDT 2015

(p)BLALACK WILLIAMS P C                 Chase Card                             Conns Credit Corp
4851 LBJ FREEWAY                        P.o. Box 15298                         Box 2358
SUITE 750                               Wilmington, DE 19850-5298              Beaumont, TX 77704-2358
DALLAS TX 75244-6012


Covergent                               Lawrence Edward Creed                  Veronica Deaver
800 SW 39TH St.                         1917 Fountain Spray                    P.O. Box 2248
Renton WA 98057-4975                    Wylie, TX 75098-8051                   McKinney, TX 75070-8167


Fandistg                                GECRB/Care Credit                      Chris Gerstner
Po Box 22717                            Attn: bankruptcy                       dba Resolute Services
Rochester, NY 14692-2717                PO Box 103104                          3000 Custer Road #270-138
                                        Roswell, GA 30076-9104                 Plano, TX 75075-4422


JAMIE MCFERON                           Linebarger Goggan Blair & Sampson LLP  McCreary Veselka, Bragg & Allen PC
c/o Peter J. Bennett, PC                1300 Main, Suite 425                   PO Box 1310
202 Travis St., Ste. 207                Houston TX 77002-6803                  Round Rock TX 78680-1310
Houston, Texas 77002-1726


Christopher Moser                       Peter Bennett                          Quilling, Selander, Lownds, Winslett & Moser
2001 Bryan Street, Suite 1800           202 Travis St.                         2001 Bryan Street, Suite 1800
Dallas, TX 75201-3070                   Houston TX 77002-1726                  Dallas, TX 75201-3070


SunTrust Bank                           Suntrust Bk Tampa Bay                  Texans Credit Union
Attn: Support Services                  Attn:Bankruptcy Dept                   c/o Blalack & Williams, P.C.
P.O. Box 85092                          PO Box 85092 MC VA-WMRK-7952           4851 LBJ Freeway, Suite 750
Richmond, VA 23286-0001                 Richmond, VA 23285-5092                Dallas, TX 75244-6012


Texans Credit Union                     Texas Dept. of Public Safety           U.S. Attorney General
f/k/a Texins Credit Union               Surcharge Processing                   Department of Justice
P.O. Box 853912                         PO Box 16733                           Main Justice Building
Richardson, TX 75085-3912               Austin TX 78761-6733                   10th & Constitution Ave., NW
                                                                               Washington, DC 20530-0001


US Trustee                              Kelly B. Williamson
Office of the U.S. Trustee              Law Office of Kelly B. Williamson
110 N. College Ave.                     P.O. Box 207
Suite 300                               Miami, TX 79059-0207
Tyler, TX 75702-7231
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Blalack & Williams
4851 LBJ Freeway Suite 750
Dallas TX 75244

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Chris Gertnser
DBA Resolute Services
3000 Custer Rd. #270-138
P75075lano TX

(d)Christopher Moser
2001 Bryan Street, Suite 1800
Dallas, TX 75201-3070

End of Label Matrix
Mailable recipients   25
Bypassed recipients    2
Total                 27