
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LAWRENCE E. CREED | § | CASE NO. 15-40892 |
| | § | (Chapter 7) |
| | § | |
| DEBTOR | § | |

### ORDER AUTHORIZING TRUSTEE TO EMPLOY SPECIAL COUNSEL

On this day came on for consideration the Application of Christopher J. Moser, the duly qualified and acting Trustee of the above-named Debtor's estate, praying for authority to employ Kelly B. Williamson as special counsel to pursue the Claims (as set out in the Application). The Application has been served upon the U.S. Trustee as required by Local Rules of Bankruptcy Procedure and no objection to the Application has been timely filed by the U.S. Trustee. Upon review of the Application, it appears to the Court that the proposed professional is "disinterested" as that term is defined in 11 U.S.C. §101(14) and the proposed professional represents or holds no interest adverse to the bankruptcy estate. **IT IS THEREFORE,**

**ORDERED** that the Application is GRANTED, and that the employment of Kelly B. Williamson as special counsel to pursue the Claims is APPROVED with compensation to be paid pursuant to §328 of the Bankruptcy Code on a 40% contingency basis following the reimbursement of expenses as outlined in the Application.

Signed on 8/18/2015

_Brenda T. Rhoades_ SR
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

1.