# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# PLANO DIVISION

| IN RE : | § | |
| --- | --- | --- |
| | § | |
| Creed, Lawrence | § | CASE NO. 15-40892 |
| | § | (Chapter 07) |
| | § | |
| Debtor(s) | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and served upon the following:

> **Collin County, et al.**
> c/o Erin Minett
> Gay, McCall, Isaacks, & Roberts, PC
> 777 East 15th Street
> Plano, Texas 75074
> Telephone: (972) 424-8501
> bankruptcy@gmigr.com

Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements,

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -** 1

applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Respectfully submitted,

Erin Minett
State Bar No. 24074730
bankruptcy@gmigr.com
GAY, McCALL, ISAACKS,
& ROBERTS, P.C.
777 East 15th Street
Plano, TX  75042
(972) 424-8501 Fax: (972) 424-5619

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -** 2

## CERTIFICATE OF SERVICE

      I do hereby certify that a true and correct copy of the above NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS has been served upon the parties listed below via U.S. first class mail or electronically via the Court's ECF System on this August 19, 2015 date:

      /s/ *Erin Minett*
      Erin Minett

**Veronica Deaver**        **Christopher Moser**
P.O. Box 2248        2001 Bryan Street, Suite 1800
McKinney, TX 75070        Dallas, TX 75201

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -** 3