VERONICA DEAVER
POST OFFICE BOX 2248
MCKINNEY, TEXAS 75070
STATE BAR NO. 24007096
TEL: (972) 562-8863
FAX: (972) 529-7002
ATTORNEY FOR DEBTORS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Case No: 15-40892 |
| | ) | |
| Lawrence Edward Creed | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | Chapter 7 |
| | ) | |

### NOTICE

NO HEARING WILL BE CONDUCTED HEREON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PART FILING THIS PLEADING WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION.  IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.  IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING.  IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN.  THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.

### MOTION BY DEBTOR TO CONVERT FROM CHAPTER 7 CASE TO CASE UNDER CHAPTER 13

TO THE HONORABLE COURT:

COMES NOW, Lawrence Edward Creed, Debtor in the above styled and numbered bankruptcy case and files this their Motion to Convert From Chapter 7 Case to Case under Chapter 13, of the Bankruptcy Code.

1. The bankruptcy case was commenced by a petition filed by the debtor(s) under

Chapter 7 of Title 11, United States Code on the 15th of May, 2015.

2. The debtor(s) hereby file(s) this conversion under 11 U.S.C. Sec. 706(a), in order to convert this Chapter 7 case to a case under Chapter 13 of the Bankruptcy Code.

3. The debtor(s) is in the process of completing tax returns for the past 4 years, owes taxes for each of those 4 years and it is necessary for the debtor to reorganize his debt under a Chapter 13 case.

4. Filed herewith are schedules and statements appropriate for a Chapter 7 case and a matrix address list which includes all creditors including those creditors scheduled or filing claims in the Chapter 13 case.

5. This case has not been converted under 11 USC § 1307, 11 USC § 1208, or 11 USC § 1112.

WHEREFORE, debtor(s) request(s) for relief in accordance with Chapter 13 of the Bankruptcy Code, 11 USC § 706(a).

Respectfully submitted,

/s/Veronica Deaver
**VERONICA DEAVER
POST OFFICE BOX 2248
MCKINNEY, TEXAS 75070
STATE BAR NO. 24007096
TEL: (972) 562-8863
FAX: (972) 529-7002
ATTORNEY FOR DEBTORS**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Case No: 15-40892 |
| | ) | |
| Lawrence Edward Creed | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | Chapter 7 |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Debtors' Motion to Convert From Chapter 7 Case to Case under Chapter 13 has been served via electronic means through the Court's CM/ECF system or by pre-paid regular first class U.S. Mail on this the 3rd day of September, 2015, compliance with the Federal and Local Rules of Bankruptcy Procedure to the following:

All Parties listed on the Attached Court Mailing Matrix

/s/Veronica Deaver
Veronica Deaver

```
Label Matrix for local noticing        AFNI, Inc                               BRADLEY MULLINS
0540-4                                  PO Bos 3427                            c/o Peter J. Bennett, PC
Case 15-40892                           Bloomington IL 61702-3427              202 Travis St., Ste, 207
Eastern District of Texas                                                      Houston, Texas 77002-1726
Sherman
Wed Sep  2 17:57:57 CDT 2015

(p)BLALACK WILLIAMS P C                 COLLIN COUNTY                          Chase Card
4851 LBJ FREEWAY                        GAY, MCCALL ISAACKS ET., AL            P.o. Box 15298
SUITE 750                               777 E. 15TH ST.                        Wilmington, DE 19850-5298
DALLAS TX 75244-6012                    PLANO, TX 75074-5799


Conns Credit Corp                       Covergent                              Lawrence Edward Creed
Box 2358                                800 SW 39TH St.                        1917 Fountain Spray
Beaumont, TX 77704-2358                 Renton WA 98057-4975                   Wylie, TX 75098-8051


Veronica Deaver                         Fandistg                               GECRB/Care Credit
P.O. Box 2248                           Po Box 22717                           Attn: bankruptcy
McKinney, TX 75070-8167                 Rochester, NY 14692-2717               PO Box 103104
                                                                               Roswell, GA 30076-9104


Chris Gerstner                          JAMIE MCFERON                          Linebarger Goggan Blair & Sampson LLP
dba Resolute Services                   c/o Peter J. Bennett, PC               1300 Main, Suite 425
3000 Custer Road #270-138               202 Travis St., Ste. 207               Houston TX 77002-6803
Plano, TX 75075-4422                    Houston, Texas 77002-1726


David McCall                            McCreary Veselka, Bragg & Allen PC     Christopher Moser
Gay, McCall, Isaacks, et al             PO Box 1310                            2001 Bryan Street, Suite 1800
777 East 15th Street                    Round Rock TX 78680-1310               Dallas, TX 75201-3070
Plano, TX 75074-5799


Peter Bennett                           Quilling, Selander, Lownds, Winslett & Moser   SunTrust Bank
202 Travis St.                          2001 Bryan Street, Suite 1800          Attn: Support Services
Houston TX 77002-1726                   Dallas, TX 75201-3070                  P.O. Box 85092
                                                                               Richmond, VA 23286-0001


Suntrust Bk Tampa Bay                   Synchrony Bank                         Texans Credit Union
Attn:Bankruptcy Dept                    c/o Recovery Management Systems Corp   c/o Blalack & Williams, P.C.
PO Box 85092 MC VA-WMRK-7952            25 SE 2nd Ave Suite 1120               4851 LBJ Freeway, Suite 750
Richmond, VA 23285-5092                 Miami FL 33131-1605                    Dallas, TX 75244-6012


Texans Credit Union                     Texas Dept. of Public Safety           U.S. Attorney General
f/k/a Texins Credit Union               Surcharge Processing                   Department of Justice
P.O. Box 853912                         PO Box 16733                           Main Justice Building
Richardson, TX 75085-3912               Austin TX 78761-6733                   10th & Constitution Ave., NW
                                                                               Washington, DC 20530-0001


US Trustee                              Kelly B. Williamson
Office of the U.S. Trustee              Law Office of Kelly B. Williamson
110 N. College Ave.                     P.O. Box 207
Suite 300                               Miami, TX 79059-0207
Tyler, TX 75702-7231
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Blalack & Williams
4851 LBJ Freeway Suite 750
Dallas TX 75244

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)Chris Gertnser | (d)Christopher Moser | End of Label Matrix |
| --- | --- | --- |
| DBA Resolute Services | 2001 Bryan Street, Suite 1800 | Mailable recipients   28 |
| 3000 Custer Rd. #270-138 | Dallas, TX 75201-3070 | Bypassed recipients    2 |
| P75075lano TX | | Total                 30 |