B6A (Official Form 6A) (12/07)

In re  **Lawrence Edward Creed**                                          Case No.    **15-40892**
                                                                                                    (if known)

*AMENDED 9/3/2015*
### SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 1917 Fountain Spray, Wylie TX<br>Debtor is on the Deed of Trust only.<br>Debtor is not an owner as to the Warranty Deed | Unknown | - | $210,000.00 | $126,000.00 |
| | | **Total:** | **$210,000.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Lawrence Edward Creed**                                    Case No.  **15-40892**
                                                                              (if known)

*AMENDED 9/3/2015*
## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | - | $75.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Chase 9444  Creed Roofing | - | $170.55 |
| | | Chase 2083 Personal Checking | - | $245.00 |
| | | Legacy Texas | - | $70.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Living Room Furniture and Accessories | - | $550.00 |
| | | Bedroom 1 Furniture and Accessories | - | $450.00 |
| | | Bedroom 2 Furniture and Accessories | - | $400.00 |
| | | bedroom 3 Furniture and Accessories | - | $350.00 |
| | | Kitchen Furniture and Accessories | - | $650.00 |
| | | Refrigerator | - | $500.00 |
| | | Washer/Dryer | - | $700.00 |
| | | Kitchen Utensils | - | $400.00 |
| | | Childrens Toys and Games | - | $150.00 |
| | | Electronics | - | $600.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Lawrence Edward Creed**                                    Case No.    **15-40892**
                                                                                    (if known)

*AMENDED 9/3/2015*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Pictures and Nic Nacs | - | $200.00 |
| 6. Wearing apparel. | | Wearing Apparel | - | $250.00 |
| | | Childrens Wearing Apparel | - | $150.00 |
| 7. Furs and jewelry. | | Seico Watch | - | $75.00 |
| | | Buluava Watch | - | $50.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | 2 Guns | - | $450.00 |
| | | 10 Pocket Knives | - | $150.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Lawrence Edward Creed**                                            Case No.    **15-40892**
                                                                                            (if known)

*AMENDED 9/3/2015*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorpo- rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non- negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis- able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Lawrence Edward Creed**                                  Case No.    **15-40892**
                                                                                    (if known)

*AMENDED 9/3/2015*
## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Dodge Dakota | - | $5,000.00 |
| | | 2004 Ford F150 | - | $4,000.00 |
| | | 2015 Dodge Challenger (co-signed for ex-wife) | - | $28,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Lawrence Edward Creed**                                     Case No.   **15-40892**
                                                                              (if known)

*AMENDED 9/3/2015*
## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Tool Box | - | $200.00 |
| | | Set Craftsman Sockets | - | $100.00 |
| | | Set Vice Grips | - | $25.00 |
| | | Set of Wrenches | - | $100.00 |
| | | Frame Nail Gun | - | $50.00 |
| | | 1 set of 3 trip staple nail gun | - | $25.00 |
| | | Skill Saw | - | $35.00 |
| | | Table Saw | - | $35.00 |
| | | Skill Saw | - | $50.00 |
| | | 4 Hammers | - | $35.00 |
| | | Hand Saw | - | $20.00 |
| | | 2 Shovels | - | $10.00 |
| | | Compressor | - | $100.00 |
| | | Generator | - | $75.00 |
| | | 3 Screw Guns | - | $75.00 |
| | | Impact Gun | - | $35.00 |
| | | 2 Ladders | - | $40.00 |
| 30. Inventory. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Lawrence Edward Creed**                                    Case No.  **15-40892**
                                                                              (if known)

*AMENDED 9/3/2015*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____5_____ continuation sheets attached          **Total >** | **$44,645.55**
(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re  **Lawrence Edward Creed**　　　　　　　　　　　　　　　　　Case No.　**15-40892**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

*AMENDED 9/3/2015*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$155,675.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 1917 Fountain Spray, Wylie TX<br>Debtor is on the Deed of Trust only.<br>Debtor is not an owner as to the Warranty Deed | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $84,000.00 | $210,000.00 |
| Living Room Furniture and Accessories | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $550.00 | $550.00 |
| Bedroom 1 Furniture and Accessories | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $450.00 | $450.00 |
| Bedroom 2 Furniture and Accessories | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $400.00 | $400.00 |
| bedroom 3 Furniture and Accessories | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $350.00 | $350.00 |
| Kitchen Furniture and Accessories | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $650.00 | $650.00 |
| Refrigerator | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $500.00 | $500.00 |
| Washer/Dryer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $700.00 | $700.00 |
| Kitchen Utensils | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $400.00 | $400.00 |
| Childrens Toys and Games | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $150.00 | $150.00 |
| * Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced  on or after the date of adjustment. | | **$88,150.00** | **$214,150.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Lawrence Edward Creed**                                        Case No.    **15-40892** _____

                                                                                                (If known)

*AMENDED 9/3/2015*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Electronics | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $600.00 | $600.00 |
| Pictures and Nic Nacs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 | $200.00 |
| Wearing Apparel | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $250.00 | $250.00 |
| Childrens Wearing Apparel | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $150.00 | $150.00 |
| Seico Watch | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $75.00 | $75.00 |
| Buluava Watch | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $50.00 | $50.00 |
| 2 Guns | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(7) | $450.00 | $450.00 |
| 2005 Dodge Dakota | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $5,000.00 | $5,000.00 |
| 2004 Ford F150 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $4,000.00 | $4,000.00 |
| 2015 Dodge Challenger (co-signed for ex-wife) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $0.00 | $28,000.00 |
| Tool Box | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $200.00 | $200.00 |
| Set Craftsman Sockets | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $100.00 | $100.00 |
| Set Vice Grips | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $25.00 | $25.00 |
| | | **$99,250.00** | **$253,250.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Lawrence Edward Creed**                                      Case No.    **15-40892** _____

                                                                                    (If known)

*AMENDED 9/3/2015*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Set of Wrenches | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $100.00 | $100.00 |
| Frame Nail Gun | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $50.00 | $50.00 |
| 1 set of 3 trip staple nail gun | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $25.00 | $25.00 |
| Skill Saw | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $35.00 | $35.00 |
| Table Saw | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $35.00 | $35.00 |
| Skill Saw | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $50.00 | $50.00 |
| 4 Hammers | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $35.00 | $35.00 |
| Hand Saw | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $20.00 | $20.00 |
| 2 Shovels | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $10.00 | $10.00 |
| Compressor | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $100.00 | $100.00 |
| Generator | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $75.00 | $75.00 |
| 3 Screw Guns | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $75.00 | $75.00 |
| Impact Gun | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $35.00 | $35.00 |
|  |  | **$99,895.00** | **$253,895.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Lawrence Edward Creed**                               Case No.   **15-40892**

                                                                         (If known)

*AMENDED 9/3/2015*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 3*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 2 Ladders | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $40.00 | $40.00 |
| | | **$99,935.00** | **$253,935.00** |

B6D (Official Form 6D) (12/07)

In re **Lawrence Edward Creed**                                         Case No.   **15-40892**
                                                                                  (if known)

*AMENDED 9/3/2015*

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xx3915**<br><br>**Colonial Savings Mortage<br>PO Box 2988<br>Ft. Worth TX 76113** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Fee Simple**<br>COLLATERAL:<br>**1917 Fountain Spray, Wylie TX**<br>REMARKS:<br>**Debtor is not an owner as of the Warranty Deed.<br>Debtor is on the Deed of Trust only.**<br><br>VALUE:  **$210,000.00** | | | | **$126,000.00** | |
| ACCT #: **xxxxx2830**<br><br>**Conns Credit Corp<br>Box 2358<br>Beaumont, TX 77704** | | - | DATE INCURRED:  **04/2015**<br>NATURE OF LIEN:<br>**Secured**<br>COLLATERAL:<br>**Houseware, Appliance,**<br>REMARKS:<br><br>VALUE:  **$0.00** | | | | **$13,832.00** | **$13,832.00** |
| ACCT #: **xxxxxxxxxxxxx7994**<br><br>**Suntrust Bk Tampa Bay<br>Attn:Bankruptcy Dept<br>PO Box 85092 MC VA-WMRK-7952<br>Richmond, VA 23286** | | - | DATE INCURRED:  **12/2014**<br>NATURE OF LIEN:<br>**Automobile**<br>COLLATERAL:<br>**Dodge Charger**<br>REMARKS:<br><br>VALUE:  **$0.00** | | | | **$38,842.00** | **$38,842.00** |
| ACCT #:<br><br>**TMX Finance<br>15 Bull St, Suite 200<br>Savannah GA 31401** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**Dodge Dakota**<br>REMARKS:<br><br>VALUE:  **$0.00** | | | | **$1,958.14** | **$1,958.14** |
| | | | Subtotal (Total of this Page) > | | | | **$180,632.14** | **$54,632.14** |
| | | | Total (Use only on last page) > | | | | | |

_____1_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Lawrence Edward Creed**                          Case No.  **15-40892**
                                                              (if known)

*AMENDED 9/3/2015*
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**TMX Finance**<br>**15 Bull St, Suite 200**<br>**Savannah GA 31401** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**Ford F150**<br>REMARKS:<br><br><br>VALUE: **$0.00** | | | | $4,523.82 | $4,523.82 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this Page) > | $4,523.82 | $4,523.82 |
|---|---|---|---|
|  | Total (Use only on last page) > | $185,155.96 | $59,155.96 |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/13)

In re **Lawrence Edward Creed**                                          Case No.   __15-40892__
                                                                                    (If Known)

*AMENDED 9/3/2015*
# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☑ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**2**_____continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re  **Lawrence Edward Creed**                                        Case No.   **15-40892**  _____
                                                                                      (If Known)

*AMENDED 9/3/2015*
## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Internal Revenue Services** <br> **Centralized Insolvencey Operation** <br> **PO Box 7346** <br> **Philadelphia PA 19101-7346** | | - | DATE INCURRED: **2000-2014** <br> CONSIDERATION: <br> **1040 Taxes** <br> REMARKS: <br> **Estimated Amount** | | | | **$25,000.00** | **$25,000.00** | **$0.00** |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____**1**____ of ____**2**____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals (Totals of this page) > | **$25,000.00** | **$25,000.00** | **$0.00** |
|---|---|---|---|---|
| | Total > <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | |
| | Totals > <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | |

B6E (Official Form 6E) (04/13) - Cont.

In re **Lawrence Edward Creed**

Case No.  **15-40892**
(If Known)

*AMENDED 9/3/2015*
## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Veronica Deaver**<br>**P.O. Box 2248**<br>**McKinney, Texas 75070** | | - | DATE INCURRED: **09/01/2015**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $3,200.00 | $3,200.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. \_\_\_\_**2**\_\_\_\_ of \_\_\_\_**2**\_\_\_\_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals (Totals of this page) > | $3,200.00 | $3,200.00 | $0.00 |
|---|---|---|---|---|
| | Total ><br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $28,200.00 | | |
| | Totals ><br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $28,200.00 | $0.00 |

B6F (Official Form 6F) (12/07)

In re   **Lawrence Edward Creed**                        Case No.   **15-40892**
                                                                        (if known)

*AMENDED 9/3/2015*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxx92-02**<br>**AFNI Inc.**<br>**PO Bos 3427**<br>**Bloomington IL 61702-3427** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -AT&T Mobil**<br>REMARKS: | | | | $615.00 |
| ACCT #:  **xxxxxxx60-02**<br>**AFNI Inc.**<br>**PO Bos 3427**<br>**Bloomington IL 61702-3427** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -Direct TV**<br>REMARKS: | | | | $360.00 |
| ACCT #:  **xx-xx121-0**<br>**Blalack & Williams**<br>**4851 LBJ Freeway Suite 750**<br>**Dallas TX 75244** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -Texans CU**<br>REMARKS: | | | | $4,077.00 |
| ACCT #:  **xxxxxxxxxxxx7906**<br>**Chase Card**<br>**P.o. Box 15298**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:  **02/2014**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $3,023.00 |
| ACCT #:  **xxxxx xxxfing**<br>**Chris Gertnser**<br>**DBA Resolute Services**<br>**3000 Custer Rd. #270-138**<br>**P75075lano TX** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | $13,713.07 |
| ACCT #:  **31-tr-12-03572 and 73**<br>**Collin County Justice Court**<br>**Precinct 3**<br>**920 E. Park Blvd.**<br>**Plano, TX 75074** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Uknown**<br>REMARKS: | | | | $500.00 |
| | | | | | | Subtotal > | $22,288.07 |
| | | | | | | Total ><br>(Use only on last page of the completed Schedule F.) | |

_____**3**_____continuation sheets attached

**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lawrence Edward Creed**                                    Case No.   **15-40892**
                                                                               (if known)

*AMENDED 9/3/2015*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **S-40236395**<br>**Covergent**<br>**800 SW 39TH St.**<br>**Renton WA 98057** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -**<br>REMARKS: | | | | $895.62 |
| ACCT #:  **xxxxxxxxxxxxxx0001**<br>**Fandistg**<br>**Po Box 22717**<br>**Rochester, NY 14692** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS: | | | | $29,667.00 |
| ACCT #:  **xxxxxxxxxxxx4504**<br>**GECRB/Care Credit**<br>**Attn: bankruptcy**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | - | DATE INCURRED:  **06/2014**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $2,353.00 |
| ACCT #:  **119760182A**<br>**Linebarger Goggan Blair & Sampson LLP**<br>**1300 Main, Suite 425**<br>**Houston TX 77002** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -City Of Houston**<br>REMARKS: | | | | $234.00 |
| ACCT #:  **119760182**<br>**Linebarger Goggan Blair & Sampson LLP**<br>**1300 Main, Suite 425**<br>**Houston TX 77002** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -City of Houston**<br>REMARKS: | | | | $282.10 |
| ACCT #:  **xxx0590**<br>**McCreary Veselka, Bragg & Allen PC**<br>**PO Box 1310**<br>**Round Rock TX 78680-1310** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -City of Cumby**<br>REMARKS: | | | | $267.80 |

Sheet no. _____**1**_____ of _____**3**_____ continuation sheets attached to                    Subtotal >    $33,699.52
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                            Total >
                                                    (Use only on last page of the completed Schedule F.)
                                          (Report also on Summary of Schedules and, if applicable, on the
                                          Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lawrence Edward Creed**                                Case No.   **15-40892**
                                                                            (if known)

*AMENDED 9/3/2015*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:   **xxx0591**<br>**McCreary Veselka, Bragg & Allen PC**<br>**PO Box 1310**<br>**Round Rock TX 78680-1310** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -City of Cumby**<br>REMARKS: | | | | **$440.70** |
| ACCT #:   **xxx0592**<br>**McCreary Veselka, Bragg & Allen PC**<br>**PO Box 1310**<br>**Round Rock TX 78680-1310** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -City of Cumby**<br>REMARKS: | | | | **$349.70** |
| ACCT #:   **xxx5098**<br>**McCreary Veselka, Bragg & Allen PC**<br>**PO Box 1310**<br>**Round Rock TX 78680-1310** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -City of Cumby**<br>REMARKS: | | | | **$288.60** |
| ACCT #:   **xxx0589**<br>**McCreary Veselka, Bragg & Allen PC**<br>**PO Box 1310**<br>**Round Rock TX 78680-1310** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -City of Cumby**<br>REMARKS: | | | | **$375.70** |
| ACCT #:   **2219**<br>**Perdue Brandon Fielder Collins et al**<br>**PO Box 13430**<br>**Arlington TX 76094-0430** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Peter Bennett**<br>**202 Travis St.**<br>**Houston TX  77002** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | **$5,000.00** |

Sheet no. ____**2**____ of ____**3**____ continuation sheets attached to                    Subtotal >          **$6,454.70**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                          Total >
                                           **(Use only on last page of the completed Schedule F.)**
                                           **(Report also on Summary of Schedules and, if applicable, on the**
                                           **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lawrence Edward Creed**                                    Case No.   **15-40892**

                                                                                      (if known)

*AMENDED 9/3/2015*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx9050**<br>**T-Mobile**<br>**PO Box 660252**<br>**Dallas TX 75262** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Phone**<br>REMARKS: | | | | **$1,250.00** |
| ACCT #:  **xxxx2132**<br>**Texas Dept. of Public Safety**<br>**Surcharge Processing**<br>**PO Box 16733**<br>**Austin TX 78761-6733** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Surcharge Fees**<br>REMARKS: | | | | **$2,000.00** |
| ACCT #:  **xxJ140**<br>**Texas Dept. of Public Safety**<br>**Surcharge Processing**<br>**PO Box 16733**<br>**Austin TX 78761-6733** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Surcharge Fees**<br>REMARKS: | | | | **$500.00** |
| ACCT #:  **xxZ384**<br>**Texas Dept. of Public Safety**<br>**Surcharge Processing**<br>**PO Box 16733**<br>**Austin TX 78761-6733** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Surcharge Fees**<br>REMARKS: | | | | **$500.00** |
| ACCT #:  **xx6680**<br>**Texas Dept. of Public Safety**<br>**Surcharge Processing**<br>**PO Box 16733**<br>**Austin TX 78761-6733** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Surcharge Fees**<br>REMARKS: | | | | **$500.00** |
| | | | | | | | |

Sheet no. ____3____ of ____3____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal > | **$4,750.00** |
| Total > | **$67,192.29** |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Lawrence** | **Edward** | **Creed** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **15-40892** | | |

Check if this is:

☑ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____

MM / DD / YYYY

Official Form B 6I

## Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed  ☐ Not employed | ☐ Employed  ☐ Not employed |
| Occupation | **Self-Employed** | |
| Employer's name | **Creed Roofing** | |
| Employer's address | **Wylie TX** | |
| | Number  Street | Number  Street |
| | City    State  Zip Code | City    State  Zip Code |
| How long employed there? | **7 Yrs.** | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.    **$0.00** | |
| 3. | Estimate and list monthly overtime pay. | 3. **+**    **$0.00** | |
| 4. | Calculate gross income. Add line 2 + line 3. | 4.    **$0.00** | |

Debtor 1  **Lawrence**          **Edward**           **Creed**              Case number (if known)  **15-40892**
          First Name           Middle Name          Last Name

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here ........................................................... ➔ 4. | **$0.00** | |
| **5.** **List all payroll deductions:** | | |
| 5a. Tax, Medicare, and Social Security deductions   5a. | **$0.00** | |
| 5b. Mandatory contributions for retirement plans   5b. | **$0.00** | |
| 5c. Voluntary contributions for retirement plans   5c. | **$0.00** | |
| 5d. Required repayments of retirement fund loans   5d. | **$0.00** | |
| 5e. Insurance   5e. | **$0.00** | |
| 5f. Domestic support obligations   5f. | **$0.00** | |
| 5g. Union dues   5g. | **$0.00** | |
| 5h. Other deductions.   Specify: _____   5h. **+** | **$0.00** | |
| **6.** **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.   6. | **$0.00** | |
| **7.** **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7. | **$0.00** | |
| **8.** **List all other income regularly received:** | | |
| 8a. Net income from rental property and from operating a business, profession, or farm   8a. | **$2,060.00** | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | |
| 8b. Interest and dividends   8b. | **$0.00** | |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive   8c. | **$0.00** | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | |
| 8d. Unemployment compensation   8d. | **$0.00** | |
| 8e. Social Security   8e. | **$0.00** | |
| 8f. Other government assistance that you regularly receive | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.   Specify: _____   8f. | **$0.00** | |
| 8g. Pension or retirement income   8g. | **$0.00** | |
| 8h. Other monthly income.   Specify: **Girlfriend (roomate) income**   8h. **+** | **$2,600.00** | |
| **9.** **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.   9. | **$4,660.00** | |
| **10.** **Calculate monthly income.** Add line 7 + line 9.   10. | **$4,660.00** **+** | **=** **$4,660.00** |
| Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | | |

**11.** **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____   11. **+** **$0.00**

**12.** **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies.   12. **$4,660.00**

**Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**

☑ No.   **None.**
☐ Yes. Explain:

| Debtor 1 | **Lawrence** | **Edward** | **Creed** | Case number (if known) | **15-40892** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

8a.  Attached Statement (Debtor 1)

### Creed Roofing

**Gross Monthly Income:** $4,800.00

| Expense | Category | Amount |
|---|---|---|
| Fuel | Gasoline | **$450.00** |
| Tool Lease | Equipment Lease | **$140.00** |
| Helper | Labor | **$1,600.00** |
| Supplies | Roofing Supplies | **$550.00** |

**Total Monthly Expenses** $2,740.00

**Net Monthly Income:** $2,060.00

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Lawrence** | **Edward** | **Creed** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **15-40892** | | |

Check if this is:

☑ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No

       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent...................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | **Daughter** | **11** | ☐ No  ☑ Yes |
   | **Son** | **9** | ☐ No  ☑ Yes |
   | **Daughter** | **3** | ☐ No  ☑ Yes |
   | **Girlfriend** | **38** | ☐ No  ☑ Yes |
   | **Father** | | ☐ No  ☑ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.**
   Include first mortgage payments and any rent for the ground or lot.

   4.      **$1,250.00**

   If not included in line 4:

   4a.  Real estate taxes      4a. _____

   4b.  Property, homeowner's, or renter's insurance      4b. _____

   4c.  Home maintenance, repair, and upkeep expenses      4c. _____

   4d.  Homeowner's association or condominium dues      4d. _____

| Debtor 1 | **Lawrence** | **Edward** | **Creed** | Case number (if known) | **15-40892** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

|  | **Your expenses** |
|---|---|

| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | **$250.00** |
| | 6b.  Water, sewer, garbage collection | 6b. | **$80.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$150.00** |
| | 6d.  Other.  Specify:  **Internet/Cable** | 6d. | **$185.00** |
| 7. | **Food and housekeeping supplies** | 7. | **$800.00** |
| 8. | **Childcare and children's education costs** | 8. | |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$50.00** |
| 10. | **Personal care products and services** | 10. | **$40.00** |
| 11. | **Medical and dental expenses** | 11. | **$80.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. | **$280.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$60.00** |
| 14. | **Charitable contributions and religious donations** | 14. | |
| 15. | **Insurance.** | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | |
| | 15b.  Health insurance | 15b. | |
| | 15c.  Vehicle insurance | 15c. | **$175.00** |
| | 15d.  Other insurance.  Specify: | 15d. | |
| 16. | **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. | |
| | 17b.  Car payments for Vehicle 2 | 17b. | |
| | 17c.  Other.  Specify: **Care Credit** | 17c. | **$150.00** |
| | 17d.  Other.  Specify: **School Lunches** | 17d. | **$60.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).** | 18. | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a.  Mortgages on other property | 20a. | |
| | 20b.  Real estate taxes | 20b. | |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. | |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. | |
| | 20e.  Homeowner's association or condominium dues | 20e. | |

Debtor 1    **Lawrence**          **Edward**          **Creed**          Case number (if known)   **15-40892**
                 First Name          Middle Name          Last Name

---

**21.  Other.**  Specify: _____    21.   **+** _____

**22.  Your monthly expenses.**   Add lines 4 through 21.
The result is your monthly expenses.                          22.   |_____ **$3,610.00**|

**23.  Calculate your monthly net income.**

23a.   Copy line 12 (your combined monthly income) from Schedule I.        23a.   _____ **$4,660.00**

23b.   Copy your monthly expenses from line 22 above.                      23b.   **−** _____ **$3,610.00**

23c.   Subtract your monthly expenses from your monthly income.
The result is your monthly net income.                       23c.   |_____ **$1,050.00**|

**24.  Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.  Explain here:
          **None.**

---

Debtor 1   **Lawrence**              **Edward**              **Creed**        Case number (if known)   **15-40892**
      First Name              Middle Name              Last Name

**2.**   **Additional Dependents:**

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | **Mother** | | ☐ No ☑ Yes |