IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LAWRENCE E. CREED | § | CASE NO. 15-40892 |
| | § | (Chapter 7) |
| | § | |
| DEBTOR | § | |

## ORDER DENYING MOTION TO CONVERT CASE TO CHAPTER 13

On this day came on for consideration the Debtor's Motion to Covert Case to Chapter 13. The Court finds that the case shall not be converted as requested.

. **IT IS THEREFORE,**

**ORDERED** that the Motion to Convert the above captioned matter to Chapter 13 is in all things DENIED.

1.