

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LAWRENCE E. CREED | § | CASE NO. 15-40892 |
| | § | (Chapter 7) |
| DEBTOR | § | |

## AGREED ORDER ON MOTON TO CONVERT CASE TO CHAPTER 13

On this day came on for consideration the Motion to Convert Case to Chapter 13 ("Motion") filed by Lawrence E. Creed ("Debtor") and the Objection to Motion to Convert Case to Chapter 13 ("Objection") filed by Christopher J. Moser, Trustee ("Trustee"). Counsel for Debtor and counsel for the Trustee advised the Court that an agreement had been reached regarding the Motion and Objection. In light of the agreement, the Court enters the order set forth below. **IT IS THEREFORE,**

**ORDERED** that the Debtor's Chapter 7 case shall be converted to a case under Chapter 13.

**IT IS FURTHER,**

**ORDERED** that in the event that the Debtor is unable to confirm a plan or if cause exists to dismiss the Debtor's Chapter 13 case, then the Debtor's case will be re-converted to Chapter 7 as opposed to being dismissed.

Signed on 9/14/2015

*Brenda T. Rhoades*     SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

**AGREED:**

Kelly B. Williamson
P.O. Box 207
Miami, Texas 79059
(214) 244-8086 (Telephone)
kbwzzt@aol.com

By: */s/ Kelly B. Williamson*
Kelly B. Williamson
State Bar No. 00785260

ATTORNEY FOR TRUSTEE
CHRIS MOSER


By: _____
Veronica Deaver
PO Box 2248
McKinney, Texas 75070
ATTORNEY FOR THE DEBTOR
LAWRENCE CREED

AGREED:

Kelly B. Williamson
P.O. Box 207
Miami, Texas 79059
(214) 244-8086 (Telephone)
kbwzzt@aol.com

By: /s/ Kelly B. Williamson
Kelly B. Williamson
State Bar No. 00785260

ATTORNEY FOR TRUSTEE
CHRIS MOSER

By: /s/ Veronica Deaver
Veronica Deaver
PO Box 2248
McKinney, Texas 75070
ATTORNEY FOR THE DEBTOR
LAWRENCE CREED