**VERONICA DEAVER**
**P.O. Box 2248**
**McKinney, Texas 75070**
**State Bar No. 24007096**
**Ph: (972) 562-8863**
**Fax: (972) 529-7002**
**Attorney for Debtor(s)**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **IN RE** | ) | **Case No: 15-40892** |
| | ) | |
| **Lawrence Edward Creed** | ) | |
| **xxx-xx-8175** | ) | |
| | ) | |
| | ) | **Chapter 13** |
| **2404 Beretta** | ) | |
| **Mesquite TX 75181** | ) | |

### CERTIFICATE OF SERVICE OF NOTICE OF ADDRESS CHANGE OF DEBTOR

**Lawrence Edward Creed**
**2404 Beretta**
**Mesquite TX 75181**

The undersigned hereby certifies that the current address of Debtor, Karrie Snow was served via electronic means through the Court's CM/ECF system or by pre-paid regular first class U.S. Mail on this the 2nd day of November, 2015, compliance with the Federal and Local Rules of Bankruptcy Procedure to the following:

Acting Chapter 13 Trustee
John Talton
PO Box 941166
Plano, Texas 75094

/s/ *Veronica Deaver*
Veronica Deaver