IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LAWRENCE EDWARD CREED, | § | CASE NO. 15-40892 |
| | § | (Chapter 13) |
| DEBTOR | § | |

**NOTICE OF APPEARANCE
AND REQUEST FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Christopher J. Moser, the former Chapter 7 trustee of the bankruptcy estate of Lawrence E. Creed enters his appearance pursuant to Bankruptcy Rule 9010(b) and request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f) and 3017(a).  All such notices should be addressed as follows:

Christopher J. Moser
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas  75201
(214) 880-1805 - Telephone
(214) 871-2111 - Facsimile
cmoser@qslwm.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, email, delivery, telephone, telegraph, telefax, telex or otherwise filed with regard to the above-referenced bankruptcy proceeding.

DATED this 4th day of November, 2015.

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS - Page 1**

Respectfully submitted

QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 880-1805 - Telephone
(214) 871-2111 - Facsimile

By:  */s/ Christopher J. Moser*
      Christopher J. Moser

ATTORNEYS FOR FORMER
CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served first class mail, postage prepaid, on this 4th day of November, 2015, upon the following:

Office of the U.S. Trustee
110 N. College Ave., Suite 300
Tyler, TX 75702

Carey Ebert, Trustee
P.O. Box 941166
Plano, Texas 75094

Lawrence Edward Creed
1917 Fountain Spray
Wylie, TX 75098

Veronica Deaver, Esq.
PO Box 2248
McKinney, TX 75070

Chris Gerstner
3000 Custer Road #270-138
Plano, Texas 75075

Kelly B. Williamson
P.O. Box 207
Miami, Texas 79059

*/s/ Christopher J. Moser*