**VERONICA DEAVER**
P.O. Box 2248
McKinney, Texas 75070
State Bar No. 24007096
Ph: (972-562-8863
Fax: (972) 529-7002
Attorney for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Case No: 15-40892 |
| | ) | |
| Lawrence Edward Creed | ) | |
| xxx-xx-8175 | ) | |
| | ) | |
| | ) | Chapter 13 |
| 2404 Beretta | ) | |
| Mesquite TX 75181 | ) | |

**CERTIFICATE OF SERVICE OF NOTICE OF ADDRESS
CHANGE OF DEBTOR**

**Lawrence Edward Creed**
**2404 Beretta**
**Mesquite TX 75181**

    The undersigned hereby certifies that the current address of Debtor, Lawrence Edward Creed was served via electronic means through the Court's CM/ECF system or by pre-paid regular first class U.S. Mail on this the 20TH day of December 2015, compliance with the Federal and Local Rules of Bankruptcy Procedure to the following:

Acting Chapter 13 Trustee
John Talton
PO Box 941166
Plano, Texas 75094

                                                            /s/ *Veronica Deaver*
                                                             Veronica Deaver