**VERONICA DEAVER**
**P.O. Box 2248**
**McKinney, Texas 75070**
**State Bar No. 24007096**
**Ph: (972-562-8863**
**Fax: (972) 529-7002**
**Attorney for Debtors**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **IN RE** | ) | **Case No: 15-40892** |
| | ) | |
| **Lawrence Edward Creed** | ) | |
| **xxx-xx-8175** | ) | |
| | ) | |
| | ) | **Chapter 13** |
| **2404 Beretta** | ) | |
| **Mesquite TX 75181** | ) | |

### NOTICE OF RESCHEDULED CONFIRMATION HEARING

Notice is hereby given that the Confirmation Hearing in the above styled and numbered cause and on the Amended Chapter 13 Plan filed on December 21, 2015 has been rescheduled for the 3rd day February, 2016 at 9:30 a.m. at the following location:

> Plano Bankruptcy Courtroom
> Wells Fargo Bank Bldg.
> 600 North Central Expressway
> Plano, Texas 75074

Objections to confirmation and/or values of collateral must be filed in writing with the Court not later than seven (7) days prior to the confirmation hearing.

*/s/Veronica Deaver*
**VERONICA DEAVER**
**POST OFFICE BOX 2248**
**MCKINNEY, TEXAS 75070**
**STATE BAR NO. 24007096**
**TEL: (972) 562-8863**
**FAX: (972) 529-7002**
**ATTORNEY FOR DEBTOR(S)**

**VERONICA DEAVER**
**P.O. Box 2248**
**McKinney, Texas 75070**
**State Bar No. 24007096**
**Ph: (972-562-8863**
**Fax: (972) 529-7002**
**Attorney for Debtors**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **IN RE** | ) | **Case No: 15-40892** |
| | ) | |
| **Lawrence Edward Creed** | ) | |
| **xxx-xx-8175** | ) | |
| | ) | |
| | ) | **Chapter 13** |
| **2404 Beretta** | ) | |
| **Mesquite TX 75181** | ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of the Rescheduled Confirmation Hearing has been served on the this the 24th day of December, 2015 either electronically or by first class US Mail in compliance with the Federal and Local Rules of Bankruptcy Procedure to the following:

ALL PARTIES LISTED ON THE
COURT MAILING MATRIX

_/s/ Veronica Deaver_
Veronica Deaver
State Bar No. 24007096

Label Matrix for local noticing
0540-4
Case 15-40892
Eastern District of Texas
Sherman
Wed Dec 23 17:08:37 CST 2015

AFNI Inc.
PO Bos 3427
Bloomington IL 61702-3427

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK  73124-8848

BRADLEY MULLINS
c/o Peter J. Bennett, PC
202 Travis St., Ste, 207
Houston, Texas 77002-1726

(p)BLALACK WILLIAMS P C
4851 LBJ FREEWAY
SUITE 750
DALLAS TX 75244-6012

COLLIN COUNTY
GAY, MCCALL ISAACKS ET., AL
777 E. 15TH ST.
PLANO, TX 75074-5799

CONN APPLIANCES, INC AS ATTORNEY-IN-FACT AND
PO BOX 2358
BEAUMONT, TX 77704-2358

Chase Card
P.o. Box 15298
Wilmington, DE 19850-5298

Conns Appliances Inc. as Attorney-in-Fact an
P.O. Box 2358
Beaumont, TX 77704-2358

Conns Credit Corp
Box 2358
Beaumont, TX 77704-2358

Covergent
800 SW 39TH St.
Renton WA 98057-4975

Lawrence Edward Creed
2404 Beretta
Mesquite, TX 75181-1038

Veronica Deaver
P.O. Box 2248
McKinney, TX 75070-8167

ECMC
PO BOX 16408
ST. PAUL, MN 55116-0408

Fandistg
Po Box 22717
Rochester, NY 14692-2717

GECRB/Care Credit
Attn: bankruptcy
PO Box 103104
Roswell, GA 30076-9104

Chris Gerstner
dba Resolute Services
3000 Custer Road #270-138
Plano, TX 75075-4422

JAMIE MCFERON
c/o Peter J. Bennett, PC
202 Travis St., Ste. 207
Houston, Texas 77002-1726

Linebarger Goggan Blair & Sampson LLP
1300 Main, Suite 425
Houston TX 77002-6803

David McCall
Gay, McCall, Isaacks, et al
777 East 15th Street
Plano, TX 75074-5799

McCreary Veselka, Bragg & Allen PC
PO Box 1310
Round Rock TX 78680-1310

Christopher J. Moser
Quilling Selander Lownds Winslett Moser
2001 Bryan Street
Suite 1800
Dallas, TX 75201-3070

Dana Overstreet
Conn's Legal Department
3295 College Street
Beaumont, TX 77701-4611

Peter Bennett
202 Travis St.
Houston TX 77002-1726

SunTrust Bank
Attn: Support Services
P.O. Box 85092
Richmond, VA 23286-0001

Suntrust Bk Tampa Bay
Attn:Bankruptcy Dept
PO Box 85092 MC VA-WMRK-7952
Richmond, VA 23285-5092

Synchrony Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

John Talton..
P. O. Box 941166
Plano, TX 75094-1166

Texans Credit Union
c/o Blalack & Williams, P.C.
4851 LBJ Freeway, Suite 750
Dallas, TX 75244-6012

Texans Credit Union
f/k/a Texins Credit Union
P.O. Box 853912
Richardson, TX 75085-3912

```
Texas Dept. of Public Safety          (p)TMX FINANCE LLC FORMERLY TITLEMAX      U.S. Attorney General
Surcharge Processing                  15 BULL STREET                           Department of Justice
PO Box 16733                          SUITE 200                                Main Justice Building
Austin TX 78761-6733                  SAVANNAH GA 31401-2686                   10th & Constitution Ave., NW
                                                                               Washington, DC 20530-0001


US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Blalack & Williams                    TitleMax of Texas, Inc. d/b/a TitleMax
4851 LBJ Freeway Suite 750            15 Bull Street, Suite 200
Dallas TX 75244                       Savannah, GA 31401
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Chris Gertnser                     (d)John Talton..                        End of Label Matrix
DBA Resolute Services                 P. O. Box 941166                        Mailable recipients    33
3000 Custer Rd. #270-138              Plano, TX 75094-1166                    Bypassed recipients     2
P75075lano TX                                                                 Total                  35
```