**Fill in this information to identify your case:**

Debtor 1: **Lawrence** (First Name) **Edward** (Middle Name) **Creed** (Last Name)

Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): **15-40892**

☑ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. Do you have any codebtors? (If you are filing a joint case, do not list either spouse as a codebtor.)
   - ☐ No
   - ☑ Yes

2. Within the last 8 years, have you lived in a community property state or territory? *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*
   - ☐ No. Go to line 3.
   - ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
     - ☑ No
     - ☐ Yes

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

**Column 1: Your codebtor**

**Column 2: The creditor to whom you owe the debt**
Check all schedules that apply:

3.1  **Melody D. Creed**
Name
**1917 Fountain Spray**
Number     Street

**Wylie**        **TX**   **75098**
City             State   ZIP Code

- ☑ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____
**Suntrust Bk Tampa Bay**

3.2  **Melody D. Creed**
Name
**1917 Fountain Spray**
Number     Street

**Wylie**        **TX**   **75098**
City             State   ZIP Code

- ☑ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____
**Colonial Savings Mortage**

Official Form 106H          Schedule H: Your Codebtors          page 1

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Lawrence | Edward | Creed |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TEXAS | | |
| Case number (if known) | 15-40892 | | |

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | Sales | |
| Employer's name | Insperity PEO Services, L.P. | |
| Employer's address | 19001 Crescent Springs Dr. | |
| | Number  Street | Number  Street |
| | Kingwood  TX  77339-380 | |
| | City  State  Zip Code | City  State  Zip Code |
| How long employed there? | 2 months | |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $2,173.23 | |
| 3. | Estimate and list monthly overtime pay. | 3. + | $0.00 | |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $2,173.23 | |

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
|  | Copy line 4 here ............................................................... → 4. | $2,173.23 |  |
| 5. | List all payroll deductions: |  |  |
|  | 5a. Tax, Medicare, and Social Security deductions                5a. | $275.03 |  |
|  | 5b. Mandatory contributions for retirement plans                  5b. | $0.00 |  |
|  | 5c. Voluntary contributions for retirement plans                    5c. | $0.00 |  |
|  | 5d. Required repayments of retirement fund loans                5d. | $0.00 |  |
|  | 5e. Insurance                                                                      5e. | $0.00 |  |
|  | 5f. Domestic support obligations                                          5f. | $0.00 |  |
|  | 5g. Union dues                                                                    5g. | $0.00 |  |
|  | 5h. Other deductions. Specify: _____                              5h. + | $0.00 |  |
| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.   6. | $275.03 |  |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4.   7. | $1,898.20 |  |
| 8. | List all other income regularly received: |  |  |
|  | 8a. Net income from rental property and from operating a business, profession, or farm    8a. | $0.00 |  |
|  | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. |  |  |
|  | 8b. Interest and dividends                                                    8b. | $0.00 |  |
|  | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive   8c. | $0.00 |  |
|  | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. |  |  |
|  | 8d. Unemployment compensation                                      8d. | $0.00 |  |
|  | 8e. Social Security                                                              8e. | $0.00 |  |
|  | 8f. Other government assistance that you regularly receive Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____    8f. | $0.00 |  |
|  | 8g. Pension or retirement income                                         8g. | $0.00 |  |
|  | 8h. Other monthly income. Specify: Commission                8h. + | $500.00 |  |
| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.   9. | $500.00 |  |
| 10. | Calculate monthly income. Add line 7 + line 9.   10. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | $2,398.20 + _____ = $2,398.20 |  |
| 11. | State all other regular contributions to the expenses that you list in Schedule J. Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J. Specify: _____   11. + | $0.00 |  |
| 12. | Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.   12. | $2,398.20 Combined monthly income |  |
| 13. | Do you expect an increase or decrease within the year after you file this form? ☑ No.   None. ☐ Yes. Explain: |  |  |

Official Form 106I                          Schedule I: Your Income                          page 2

Fill in this information to identify your case:

Debtor 1: **Lawrence Edward Creed**
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): _____
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): **15-40892**

Check if this is:
☑ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____ MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. Is this a joint case?

   ☑ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. Do you have dependents?
   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daughter | 11 | ☐ No ☑ Yes |
   | Son | 9 | ☐ No ☑ Yes |
   | Daughter | 3 | ☐ No ☑ Yes |
   | Girlfriend | 38 | ☐ No ☑ Yes |
   | Father |    | ☐ No ☑ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?
   ☑ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

Your expenses

4. The rental or home ownership expenses for your residence.
   Include first mortgage payments and any rent for the ground or lot.                                    4. _____

   If not included in line 4:

   4a. Real estate taxes                                                                                   4a. _____
   4b. Property, homeowner's, or renter's insurance                                                        4b. _____
   4c. Home maintenance, repair, and upkeep expenses                                                       4c. _____
   4d. Homeowner's association or condominium dues                                                         4d. _____

Official Form 106J                          Schedule J: Your Expenses                                    page 1

Debtor 1  **Lawrence**       **Edward**        **Creed**               Case number (if known) 15-40892
         First Name       Middle Name       Last Name

|   |   | Your expenses |
|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. _____ |
| 6. | Utilities: | |
| | 6a. Electricity, heat, natural gas | 6a. _____ |
| | 6b. Water, sewer, garbage collection | 6b. _____ |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $150.00 |
| | 6d. Other. Specify: __Internet/Cable__ | 6d. $85.00 |
| 7. | Food and housekeeping supplies | 7. $400.00 |
| 8. | Childcare and children's education costs | 8. _____ |
| 9. | Clothing, laundry, and dry cleaning | 9. $50.00 |
| 10. | Personal care products and services | 10. $40.00 |
| 11. | Medical and dental expenses | 11. $80.00 |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $240.00 |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | 13. $60.00 |
| 14. | Charitable contributions and religious donations | 14. _____ |
| 15. | Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | 15a. _____ |
| | 15b. Health insurance | 15b. _____ |
| | 15c. Vehicle insurance | 15c. $175.00 |
| | 15d. Other insurance. Specify: _____ | 15d. _____ |
| 16. | Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. _____ |
| 17. | Installment or lease payments: | |
| | 17a. Car payments for Vehicle 1 | 17a. _____ |
| | 17b. Car payments for Vehicle 2 | 17b. _____ |
| | 17c. Other. Specify: _____ | 17c. _____ |
| | 17d. Other. Specify: _____ | 17d. _____ |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). | 18. _____ |
| 19. | Other payments you make to support others who do not live with you. Specify: __Child Support__ | 19. $200.00 |
| 20. | Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. | |
| | 20a. Mortgages on other property | 20a. _____ |
| | 20b. Real estate taxes | 20b. _____ |
| | 20c. Property, homeowner's, or renter's insurance | 20c. _____ |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. _____ |
| | 20e. Homeowner's association or condominium dues | 20e. _____ |

Official Form 106J                Schedule J: Your Expenses                page 2

Debtor 1  **Lawrence**    **Edward**    **Creed**    Case number (if known) **15-40892**
         First Name         Middle Name         Last Name

21. **Other.** Specify: _____ 21. + _____

22. **Calculate your monthly expenses.**

    22a.  Add lines 4 through 21.            22a.    $1,480.00

    22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.     22b.

    22c.  Add line 22a and 22b. The result is your monthly expenses.     22c.    $1,480.00

23. **Calculate your monthly net income.**

    23a.  Copy line 12 (your combined monthly income) from Schedule I.     23a.    $2,398.20

    23b.  Copy your monthly expenses from line 22c above.     23b.  −  $1,480.00

    23c.  Subtract your monthly expenses from your monthly income.
          The result is your monthly net income.     23c.    $918.20

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes. Explain here:
            **None.**

Debtor 1  **Lawrence**         **Edward**            **Creed**                            Case number (if known) **15-40892**
          First Name            Middle Name           Last Name

2. **Additional Dependents:**                    Dependent's relationship to    Dependent's    Does dependent
                                                 Debtor 1 or Debtor 2           age            live with you?

                                                 **Mother**                                    ☐ No
                                                                                               ☑ Yes

Official Form 106J                    Schedule J: Your Expenses                          page 4

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| IN RE ) | Case No: 15-40892 |
| ) | |
| Lawrence Edward Creed ) | |
| xxx-xx-8175 ) | |
| ) | |
| ) | Chapter 13 |
| 2404 Beretta ) | |
| Mesquite TX 75181 ) | |

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing Amended Schedules H, I, and J has been served on this 18th day of January 2016, by either electronically or by first class US Mail in compliance with the Federal and Local Rules of Bankruptcy Procedure to the following:

All Parties Listed on the Attached Court Mailing Matrix


                                                                     */s/ Veronica Deaver*
                                                                      Veronica Deaver
                                                                       State Bar No. 24007096

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 15-40892<br>Eastern District of Texas<br>Sherman<br>Sun Jan 17 16:48:17 CST 2016 | AFNI Inc.<br>PO Bos 3427<br>Bloomington IL 61702-3427 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 |
| BRADLEY MULLINS<br>c/o Peter J. Bennett, PC<br>202 Travis St., Ste, 207<br>Houston, Texas 77002-1726 | (p)BLALACK WILLIAMS P C<br>4851 LBJ FREEWAY<br>SUITE 750<br>DALLAS TX 75244-6012 | COLLIN COUNTY<br>GAY, MCCALL ISAACKS ET., AL<br>777 E. 15TH ST.<br>PLANO, TX 75074-5799 |
| CONN APPLIANCES, INC AS ATTORNEY-IN-FACT AND<br>PO BOX 2358<br>BEAUMONT, TX 77704-2358 | Chase Card<br>P.o. Box 15298<br>Wilmington, DE 19850-5298 | Conns Appliances Inc. as Attorney-in-Fact an<br>P.O. Box 2358<br>Beaumont, TX 77704-2358 |
| Conns Credit Corp<br>Box 2358<br>Beaumont, TX 77704-2358 | Covergent<br>800 SW 39TH St.<br>Renton WA 98057-4975 | Lawrence Edward Creed<br>2404 Beretta<br>Mesquite, TX 75181-1038 |
| Veronica Deaver<br>P.O. Box 2248<br>McKinney, TX 75070-8167 | ECMC<br>PO BOX 16408<br>ST. PAUL, MN 55116-0408 | Carey D. Ebert<br>P. O. Box 941166<br>Plano, TX 75094-1166 |
| Fandistg<br>Po Box 22717<br>Rochester, NY 14692-2717 | GECRB/Care Credit<br>Attn: bankruptcy<br>PO Box 103104<br>Roswell, GA 30076-9104 | Chris Gerstner<br>dba Resolute Services<br>3000 Custer Road #270-138<br>Plano, TX 75075-4422 |
| JAMIE MCFERON<br>c/o Peter J. Bennett, PC<br>202 Travis St., Ste. 207<br>Houston, Texas 77002-1726 | Linebarger Goggan Blair & Sampson LLP<br>1300 Main, Suite 425<br>Houston TX 77002-6803 | David McCall<br>Gay, McCall, Isaacks, et al<br>777 East 15th Street<br>Plano, TX 75074-5799 |
| McCreary Veselka, Bragg & Allen PC<br>PO Box 1310<br>Round Rock TX 78680-1310 | Christopher J. Moser<br>Quilling Selander Lownds Winslett Moser<br>2001 Bryan Street<br>Suite 1800<br>Dallas, TX 75201-3070 | Dana Overstreet<br>Conn's Legal Department<br>3295 College Street<br>Beaumont, TX 77701-4611 |
| Peter Bennett<br>202 Travis St.<br>Houston TX 77002-1726 | SunTrust Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 | Suntrust Bk Tampa Bay<br>Attn:Bankruptcy Dept<br>PO Box 85092 MC VA-WMRK-7952<br>Richmond, VA 23285-5092 |
| Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | John Talton..<br>P. O. Box 941166<br>Plano, TX 75094-1166 | Texans Credit Union<br>c/o Blalack & Williams, P.C.<br>4851 LBJ Freeway, Suite 750<br>Dallas, TX 75244-6012 |

```
Texans Credit Union                    Texas Dept. of Public Safety         (p)TMX FINANCE LLC FORMERLY TITLEMAX
f/k/a Texins Credit Union              Surcharge Processing                 15 BULL STREET
P.O. Box 853912                        PO Box 16733                         SUITE 200
Richardson, TX 75085-3912              Austin TX 78761-6733                 SAVANNAH GA 31401-2686


U.S. Attorney General                  US Trustee
Department of Justice                  Office of the U.S. Trustee
Main Justice Building                  110 N. College Ave.
10th & Constitution Ave., NW           Suite 300
Washington, DC 20530-0001              Tyler, TX 75702-7231
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Blalack & Williams                     TitleMax of Texas, Inc. d/b/a TitleMax
4851 LBJ Freeway Suite 750             15 Bull Street, Suite 200
Dallas TX 75244                        Savannah, GA 31401
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Chris Gertnser                      End of Label Matrix
DBA Resolute Services                  Mailable recipients    34
3000 Custer Rd. #270-138               Bypassed recipients     1
P75075lano TX                          Total                  35
```