VERONICA DEAVER
P.O. Box 2248
McKinney, Texas 75070
State Bar No. 24007096
Ph: (972)562-8863
Fax: (972)529-7002
Attorney for Debtor(s)

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| IN RE ) | Case No: 15-40892 |
| ) | |
| Lawrence Edward Creed ) | |
| xxx-xx-8175 ) | |
| ) | |
| ) | Chapter 13 |
| 2404 Beretta ) | |
| Mesquite TX 75181 ) | |

**DEBTOR'S AFFIDAVIT OF 2009-2014 TAX RETURNS**

Lawrence Edward Creed appeared in person before me today and stated under oath:

"My name is **Lawrence Edward Creed,** I am above the age of eighteen years, and I am fully competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

I am the Debtor in this case.

I am not required to file tax returns for the years of 2009 and 2010.

I have filed my 2011, 2012, 2013, and 2014 tax return with the Internal Revenue Service.

I have provided a true and correct copy of the 2011, 2012, 2013 and 2014 tax return filed with the IRS to the Office of the Chapter 13 Trustee."

_____
Lawrence Edward Creed

SIGNED under oath before me on  1/22/16  _____
Notary Public, State of Texas

Jamaar R. Spencer
Notary Public,
State of Texas
Expires: 08/03/2019