### Fill in this information to identify your case:

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Lawrence | Edward | Creed | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): **15-40892**

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | Sales | |
| Employer's name | Insperity PEO Services, L.P. | |
| Employer's address | 19001 Crescent Springs Dr.<br>Number  Street | Number  Street |
| | Kingwood   TX   77339-380<br>City   State   Zip Code | City   State   Zip Code |
| How long employed there? | 2 months | |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  $2,173.23 | |
| 3. | Estimate and list monthly overtime pay. | 3. + $0.00 | |
| 4. | Calculate gross income. Add line 2 + line 3. | 4.  $2,173.23 | |

Debtor 1  Lawrence            Edward            Creed                                     Case number (if known)   15-40892
          First Name           Middle Name       Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
|  | Copy line 4 here ............................................................ → 4. | $2,173.23 |  |
| 5. | List all payroll deductions: |  |  |
| 5a. | Tax, Medicare, and Social Security deductions    5a. | $275.03 |  |
| 5b. | Mandatory contributions for retirement plans    5b. | $0.00 |  |
| 5c. | Voluntary contributions for retirement plans    5c. | $0.00 |  |
| 5d. | Required repayments of retirement fund loans    5d. | $0.00 |  |
| 5e. | Insurance    5e. | $0.00 |  |
| 5f. | Domestic support obligations    5f. | $0.00 |  |
| 5g. | Union dues    5g. | $0.00 |  |
| 5h. | Other deductions. Specify: _____    5h. + | $0.00 |  |
| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.    6. | $275.03 |  |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4.    7. | $1,898.20 |  |
| 8. | List all other income regularly received: |  |  |
| 8a. | Net income from rental property and from operating a business, profession, or farm    8a. | $0.00 |  |
|  | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. |  |  |
| 8b. | Interest and dividends    8b. | $0.00 |  |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive    8c. | $0.00 |  |
|  | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. |  |  |
| 8d. | Unemployment compensation    8d. | $0.00 |  |
| 8e. | Social Security    8e. | $0.00 |  |
| 8f. | Other government assistance that you regularly receive |  |  |
|  | Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____    8f. | $0.00 |  |
| 8g. | Pension or retirement income    8g. | $0.00 |  |
| 8h. | Other monthly income. Specify: Commission    8h. + | $570.00 |  |
| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.    9. | $570.00 |  |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10. | $2,468.20 | + _____ = $2,468.20 |

11. State all other regular contributions to the expenses that you list in Schedule J.
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

    Specify: _____    11. +    $0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly    12.    $2,468.20
    income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information,                 Combined
    if it applies.                                                                                                              monthly income

13. Do you expect an increase or decrease within the year after you file this form?
    ☑ No.         None.
    ☐ Yes. Explain:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE ) | Case No: 15-40892 |
| ) | |
| Lawrence Edward Creed ) | |
| xxx-xx-8175 ) | |
| ) | |
| ) | Chapter 13 |
| 2404 Beretta ) | |
| Mesquite TX 75181 ) | |

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing Amended Schedule I has been served on this 24th day of January 2016, by either electronically or by first class US Mail in compliance with the Federal and Local Rules of Bankruptcy Procedure to the following:

All Parties Listed on the Attached Court Mailing Matrix

                                        */s/ Veronica Deaver*
                                        Veronica Deaver
                                        State Bar No. 24007096

```
Label Matrix for local noticing          AFNI Inc.                               American InfoSource LP as agent for
0540-4                                   PO Bos 3427                             T Mobile/T-Mobile USA Inc
Case 15-40892                            Bloomington IL 61702-3427               PO Box 248848
Eastern District of Texas                                                        Oklahoma City, OK  73124-8848
Sherman
Sat Jan 23 15:09:32 CST 2016

BRADLEY MULLINS                          (p)BLALACK WILLIAMS P C                 COLLIN COUNTY
c/o Peter J. Bennett, PC                 4851 LBJ FREEWAY                        GAY, MCCALL ISAACKS ET., AL
202 Travis St., Ste, 207                 SUITE 750                               777 E. 15TH ST.
Houston, Texas 77002-1726                DALLAS TX 75244-6012                    PLANO, TX 75074-5799


CONN APPLIANCES, INC AS ATTORNEY-IN-FACT AND   Chase Card                        Conns Appliances Inc. as Attorney-in-Fact an
PO BOX 2358                              P.o. Box 15298                          P.O. Box 2358
BEAUMONT, TX 77704-2358                  Wilmington, DE 19850-5298               Beaumont, TX 77704-2358


Conns Credit Corp                        Covergent                               Lawrence Edward Creed
Box 2358                                 800 SW 39TH St.                         2404 Beretta
Beaumont, TX 77704-2358                  Renton WA 98057-4975                    Mesquite, TX 75181-1038


Veronica Deaver                          ECMC                                    Carey D. Ebert
P.O. Box 2248                            PO BOX 16408                            P. O. Box 941166
McKinney, TX 75070-8167                  ST. PAUL, MN 55116-0408                 Plano, TX 75094-1166


Fandistg                                 GECRB/Care Credit                       Chris Gerstner
Po Box 22717                             Attn: bankruptcy                        dba Resolute Services
Rochester, NY 14692-2717                 PO Box 103104                           3000 Custer Road #270-138
                                         Roswell, GA 30076-9104                  Plano, TX 75075-4422


JAMIE MCFERON                            Linebarger Goggan Blair & Sampson LLP   David McCall
c/o Peter J. Bennett, PC                 1300 Main, Suite 425                    Gay, McCall, Isaacks, et al
202 Travis St., Ste. 207                 Houston TX 77002-6803                   777 East 15th Street
Houston, Texas 77002-1726                                                        Plano, TX 75074-5799


McCreary Veselka, Bragg & Allen PC       Christopher J. Moser                    Dana Overstreet
PO Box 1310                              Quilling Selander Lownds Winslett Moser Conn's Legal Department
Round Rock TX 78680-1310                 2001 Bryan Street                       3295 College Street
                                         Suite 1800                              Beaumont, TX 77701-4611
                                         Dallas, TX 75201-3070


Peter Bennett                            SunTrust Bank                           Suntrust Bk Tampa Bay
202 Travis St.                           Attn: Support Services                  Attn:Bankruptcy Dept
Houston TX 77002-1726                    P.O. Box 85092                          PO Box 85092 MC VA-WMRK-7952
                                         Richmond, VA 23286-0001                 Richmond, VA 23285-5092


Synchrony Bank                           John Talton..                           Texans Credit Union
c/o Recovery Management Systems Corp     P. O. Box 941166                        c/o Blalack & Williams, P.C.
25 SE 2nd Ave Suite 1120                 Plano, TX 75094-1166                    4851 LBJ Freeway, Suite 750
Miami FL 33131-1605                                                              Dallas, TX 75244-6012
```

```
Texans Credit Union                Texas Dept. of Public Safety         (p)TMX FINANCE LLC FORMERLY TITLEMAX
f/k/a Texins Credit Union          Surcharge Processing                 15 BULL STREET
P.O. Box 853912                    PO Box 16733                         SUITE 200
Richardson, TX 75085-3912          Austin TX 78761-6733                 SAVANNAH GA 31401-2686


U.S. Attorney General              US Trustee
Department of Justice              Office of the U.S. Trustee
Main Justice Building              110 N. College Ave.
10th & Constitution Ave., NW       Suite 300
Washington, DC 20530-0001          Tyler, TX 75702-7231
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Blalack & Williams                 TitleMax of Texas, Inc. d/b/a TitleMax
4851 LBJ Freeway Suite 750         15 Bull Street, Suite 200
Dallas TX 75244                    Savannah, GA 31401
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Chris Gertnser                  (d)Carey D. Ebert                    End of Label Matrix
DBA Resolute Services              P. O. Box 941166                     Mailable recipients   34
3000 Custer Rd. #270-138           Plano, TX 75094-1166                 Bypassed recipients    2
P75075lano TX                                                           Total                 36
```