THE UNITED STATES BANKRUPTCY
COURT FOR THE EASTERN DISTRICT
OF TEXAS SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LAWRENCE EDWARD CREED | § | CASE NO. 15-40892-R |
| | § | |
| | § | CHAPTER 13 |
| | § | |
| DEBTOR | § | |

OBJECTION TO MOTION TO DISMISS

COMES NOW Chris Moser, Chapter 7 Trustee, and files this Objection to Motion to Dismiss and Setting Hearing in the above numbered and styled proceeding, and for cause would show the Honorable Court as follows:

1. The Debtor entered into a written agreement with Chapter 7 Trustee Chris Moser while this matter was pending in Chapter 7.

2. In order to secure withdrawal of the Chapter 7 Trustee's objection to conversion to Chapter 13, the debtor agreed that in the event that any assigned Chapter 13 Trustee sought dismissal for any reason, the case would be converted back to Chapter 7 (the "Agreed Order").

3. A true and correct copy of the Agreed Order is attached hereto as Exhibit "A" and is incorporated fully herein for all purposes.

WHEREFORE, PREMISES CONSIDERED, Chris Moser, Chapter 7 Trustee, prays that the Chapter 13 Trustee's Motion to Dismiss be Denied, and that he be granted leave to file the appropriate motion to convert this matter back to Chapter 7 in accordance with the Bankruptcy Code.

Respectfully submitted,

Kelly B. Williamson
P.O. Box 207
Miami, Texas 79059
(214) 244-8086 (Telephone)
kbwzzt@aol.com

By: /s/ Kelly B. Williamson                          
    Kelly B. Williamson
    State Bar No. 00785260

ATTORNEY FOR TRUSTEE
CHRIS MOSER

# CERTIFICATE OF
# SERVICE

This is to certify that a true and correct copy of the foregoing Objection Motion to Dismiss and Setting Hearing has been served upon the following parties in interest by mailing a copy of same to them via first class mail and uploaded to the Court for service by the Bankruptcy Noticing Center to the parties on the Court's mailing matrix on the date set forth below .

LAWRENCE EDWARD
CREED 2404 BERETTA
MESQUITE, TX 75181

Carey D. Ebert, Chapter 13 Trustee,
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas 75074

VERONICA DEAVER
LAW OFFICES OF VERONICA DEAVER
P. O. BOX 2248
MCKINNEY, TX 75070

*/s/ Kelly B. Williamson*