
EOD
10/04/2016

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LAWRENCE E. CREED | § | CASE NO. 15-40892 |
| | § | (Chapter 13) |
| DEBTOR | § | |

## AGREED ORDER ON MOTON TO DISMISS CASE

On this day came on for consideration the Motion to Dismiss Case ("Motion") filed by Carey D. Ebert, Chapter 13 Trustee ("Chapter 13 Trustee") and the Objection to Motion to Dismiss Case ("Objection") filed by Christopher J. Moser, former Chapter 7 Trustee ("Chapter 7 Trustee"). Counsel for Lawrence E. Creed ("Debtor"), counsel for the Chapter 13 Trustee and counsel for the Chapter 7 Trustee advised the Court that an agreement had been reached regarding the Motion and Objection. In light of the agreement, the Court enters the order set forth below. **IT IS THEREFORE,**

**ORDERED** that the Debtor's Chapter13 case is hereby converted to a case under Chapter 7.

I T IS FURTHER ORDERED that Debtor shall file a Notice of Conversion within seven (7) days from entry of this Order.

Signed on 10/4/2016

*Brenda T. Rhoades*   SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

**AGREED:**

KELLY B. WILLIAMSON, ESQ.
P.O. Box 207
Miami, Texas 79059
(214) 244-8086 (Telephone)
kbwzzt@aol.com

By: */s/ Kelly B. Williamson*
Kelly B. Williamson
State Bar No. 00785260

ATTORNEY FOR FORMER
CHAPER 7 TRUSTEE

CARREY D. EBERT, CHAPTER 13 TRUSTEE
500 North Central Expressway, Suite 350
Plano, Texas 75074
(972) 943-2580 (Telephone)

By: */s/ Jeff LeForce*
    Jeff LeForce

ATTORNEY FOR CHAPTER 13 TRUSTEE

VERONICA DEAVER, ESQ.
PO Box 2248
McKinney, Texas 75070
(972) 562-8863 (Telephone)

By: */s/ Veronica Deaver*
    Veronica Deaver

ATTORNEY FOR DEBTOR